# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NAGRAVISION SA, § | |
| § | Case No. 2:17-cv-0396-JRG |
| Plaintiff, § | |
| § | |
| vs. § | Jury Trial Demanded |
| § | |
| NFL ENTERPRISES, LLC § | |
| § | |
| Defendant. § | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

In consideration of Plaintiff's filing of a Notice of Voluntary Dismissal Without Prejudice (Dkt. No. 17) before an answer or motion for summary judgment has been filed by Defendant NFL Enterprises, LLC, the Court hereby **DISMISSES** all claims against Defendant NFL Enterprises, LLC, **WITHOUT PREJUDICE** in accordance with Fed. R. Civ. P. 41(a)(1).

Any and all motions that are presently unresolved by the Court are hereby **DENIED AS MOOT**. The Clerk is dricted to **CLOSE** this case.

**So ORDERED and SIGNED this 25th day of May, 2017.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE